# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BENJAMIN SLATER** | : CIVIL ACTION |
| | : |
| v. | : NO. 18-2711 |
| | : |
| **DORNEY PARK & WILDWATER** | : |
| **KINGDOM, et al.** | : |

## O R D E R

**AND NOW,** this 9th day of April, 2019, it is hereby **ORDERED** that status/settlement conference previously scheduled for May 22, 2019 is rescheduled to **Wednesday, June 5, 2019 at 1:30 p.m.**, at the Reading station, the Madison Building, 400 Washington Street, Reading, Pa. All individuals with authority to settle this matter must attend.

BY THE COURT:


/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.